UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SAMSUN LOGIX CORP.,

                Plaintiff, 

    v.

BANK OF AMERICA, BANK OF CHINA, BANK
OF COMMUNICATIONS CO. LTD., CHINA
CONSTRUCTION BANK CORPORATION,
CHINA MERCHANTS BANK CO., LTD.,
CHINATRUST COMMERCIAL BANK, LTD.,
INDUSTRIAL AND COMMERCIAL BANK OF
CHINA LIMITED, SHINHAN BANK,
STANDARD CHARTERED BANK, OVERSEA-
CHINESE BANKING CORPORATION LIMITED,
AGRICULTURAL BANK OF CHINA LIMITED
AND HONGKONG AND SHANGHAI BANKING
CORPORATION LIMITED,

                Defendants.

---

**RULE 7.1 STATEMENT**

CIV. NO. _____



Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Bank of China certify that there is no publicly held corporation owning 10% or more of its common stock.

Dated: New York, New York
      May 24, 2010

WHITE & CASE LLP

By: *Owen C. Pell*
_____
Owen C. Pell (OP-0118)
Marika Maris
WHITE & CASE, LLP
1155 Avenue of the Americas
New York, New York  10036
(212) 819-8200

*Attorneys for Defendant Bank of China*