UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| SAMSUN LOGIX CORP., )<br>)<br>Plaintiff, )<br>-v- )<br>BANK OF AMERICA, BANK OF CHINA, BANK OF )<br>COMMUNICATIONS CO. LTD., CHINA )<br>CONSTRUCTION BANK CORPORATION, CHINA )<br>MERCHANTS BANK CO., LTD., CHINATRUST )<br>COMMERCIAL BANK, LTD., INDUSTRIAL AND )<br>COMMERCIAL BANK OF CHINA LIMITED, SHINHAN )<br>BANK, STANDARD CHARTERED BANK, OVERSEA- )<br>CHINESE BANKING CORPORATION LIMITED, )<br>AGRICULTURAL BANK OF CHINA LIMITED AND )<br>HONGKONG AND SHANGHAI BANKING )<br>CORPORATION LIMITED, )<br>)<br>Defendants. ) | Case No. 10cv4203<br><br>**AFFIDAVIT OF SERVICE** |

STATE OF NEW YORK    )
                                        ) ss.:
COUNTY OF NEW YORK  )

Karen Battaglia, being duly sworn, deposes and says: that she resides in Brooklyn, New York; that she is over the age of twenty-one years and that she is not a party to this proceeding.

That on the 24th day of May 2010, deponent served by hand **DEFENDANTS, BANK OF COMMUNICATIONS CO. LTD., and BANK OF CHINA NOTICE OF REMOVAL, CIVIL COVER SHEET, RULE 7.1 STATEMENTS, INDIVIDUAL PRACTICES OF HON VICTOR MARRERO and GUIDELINES FOR ELECTRONIC CASE FILINGS** upon the following party:

>Jeremy J. O. Harwood
>Blank Rome LLP
>405 Lexington Avenue
>New York, NY 10174

.

an address designated by said attorneys for that purpose.

/s/Karen Battaglia
Karen Battaglia

Sworn to before me this
25th day of May, 2010

/s/Carrol Marshall
Carrol Marshall
Notary Public State of New York,
No. 01MA5040847
Qualified in Westchester County
Certificate Filed in New York County
My commission expires March 20, 2011